ETHEL FEIN, Plaintiff, *v.* DONALD J. BONETTI, One of the Partners Doing Business under the Name of MARIETTA BEAUTY SALON, Defendant and Third-Party Plaintiff-Respondent, et al., Defendants. REGAL BEAUTY SUPPLY COMPANY, INC., et al., Third-Party Defendants-Appellants.

Argued April 8, 1954; decided June 3, 1954.

*Ralph Stout* and *William J. Hayes* for appellants.

*John W. Trapp* for respondent.

Judgment of Appellate Division and that of Trial Term reversed, with costs in all courts, and cross complaint dismissed upon the ground that there was no evidence that the dye in question contained any inherently dangerous or poisonous ingredients (see *Karr* v. *Inecto, Inc.,* 247 N. Y. 360). No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.